UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOUTSOUDAKIS & IAKOVOU
LAW GROUP PLLC,

          Plaintiff,

– against –

BULENT OSMAN, JOSEPH AUDDINO,
AND J. STREICHER, LLC,

          Defendants.

**ORDER**

No. 22-cv-6351 (ER)

Ramos, D.J.:

    At Plaintiff's request (Doc. 35), on August 21, 2023, the Court scheduled an Order to Show Cause hearing for August 31, 2023 at 11:00 AM regarding entry of default judgment against Bulent Osman and J. Streicher, LLC (Doc. 36).

    Neither Plaintiff nor Defendants appeared at the hearing. The Court hereby reschedules the hearing for September 26, 2023 at 11:30 AM before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY.

    The Court reminds the parties that failure to comply with a court order may result in sanctions, including dismissal for failure to prosecute or entry of judgment against the noncompliant party.

    It is SO ORDERED.

Dated:   August 31, 2023
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.