UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOUTSOUDAKIS & IAKOVOU
LAW GROUP PLLC,

               Plaintiff,

– against –

BULENT OSMAN, JOSEPH AUDDINO, AND J. STREICHER, LLC,

               Defendants.

**ORDER**

No. 22-cv-6351 (ER)

Ramos, D.J.:

This action was commenced on July 26, 2022. Doc. 1. J. Streicher, LLC ("J. Streicher") was served on August 25, 2022; and Bulent Osman was served on October 21, 2022. Docs. 35-4, 35-5. Neither Osman nor J. Streicher answered the Complaint or otherwise appeared, and the time for answering the Complaint has expired. Certificates of default were entered against both defendants on August 16, 2023. Docs. 33, 34. Neither defendant appeared at the Order to Show Cause hearing held on September 28, 2023.

Accordingly, default judgment is hereby entered against Osman and J. Streicher. Damages will be calculated upon resolution of the entire action.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 35.

It is SO ORDERED.

Dated:  September 29, 2023
          New York, New York

                                                                Edgardo Ramos, U.S.D.J.