

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

October 27, 2023

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

Re:   *Koutsoudakis and Iakovou Law Group, PLLC v. Bulent Osman, Joseph Auddino, Esq. and J. Streicher, LLC*
Case No.: 1:22-cv-06351-ER
FKB File No.: 332.021
*First Letter Motion for an Extension to Move to Dismiss Amended Complaint*

Dear Judge Ramos:

Our firm represents defendant Joseph Auddino, Esq. in this matter. Pursuant to Your Honor's Individual Practice Rule 1(E), we respectfully submit this letter seeking a 7-day extension of time to submit moving papers in support of our motion to dismiss Plaintiff's First Amended Complaint from October 30, 2023, through November 6, 2023.

This Court's October 6, 2023 briefing schedule directed our motion papers to be filed by October 30, 2023; Plaintiff's opposition to be filed by November 20, 2023; and our reply to be filed by November 27, 2023. So that Plaintiff has sufficient time to oppose our motion (and in consideration of the Thanksgiving holiday), we would request that Plaintiff's opposition deadline be extended to December 1, 2023, and our reply deadline be extended to December 8, 2023.

Because of concurrent litigation deadlines and an illness recently affecting me and my family, we reached out to Plaintiff's counsel yesterday (10/26) and today (10/27) by phone and e-mail requesting counsel's consent to modify the briefing schedule, but Plaintiff's counsel has not yet responded to our request.

We thank the Court for its consideration.

> The motion for an extension is granted. The briefing schedule for Auddino's motion to dismiss will be as follows: moving papers due November 6, 2023; opposition due December 1, 2023; and reply due December 8, 2023. SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: October 30, 2023
> New York, New York

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

/s/ Aaron M. Barham

Aaron M. Barham

cc:   All counsel of record (via ECF)

Westchester: 84 Business Park Drive, Suite 211, Armonk, NY 10504 | Tel: 914-920-4000 | Fax: 914-347-3898
Long Island: 666 Old Country Road, Garden City, NY 11530 | Tel: 718-983-3501