UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC,

        Plaintiff,

-v-

BULENT OSMAN, et al.,

        Defendants.

CIVIL ACTION NO. 22 Civ. 6351 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter having been referred to me to conduct an inquest and to report and recommend concerning Plaintiff's damages and attorneys' fees and costs, it is hereby **ORDERED** that:

1. By **Friday, June 14, 2024**, Plaintiff shall order a transcript of the September 28, 2023 show-cause hearing by submitting a request to etranscripts@nysd.uscourts.gov. Plaintiff shall select the "7 Day" option for service.

2. Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than **Wednesday, July 10, 2024**. Plaintiff must support all factual assertions by affidavit and/or other evidentiary material. Plaintiffs' requested attorneys' fees and costs must be recorded in the form below, adding fields as necessary, and supported by evidentiary material.

3. Defendants shall submit their response to plaintiff's submissions, if any, no later than **Wednesday, July 24, 2024**. IF DEFENDANTS (1) FAIL TO

RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAIL TO CONTACT MY CHAMBERS BY **JULY 24, 2024** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("it [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in the default judgment") (quoting Fustok v. ContiCommodity Servs., Inc., 873 F.2d 38, 40 (2d Cir. 1989)).

Plaintiff is directed to serve this Order on Defendants and file proof of service by no later than **Wednesday, July 10, 2024**.

Dated:     New York, New York
           June 10, 2024

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

| Requested Attorneys' Fees | | | |
|---|---|---|---|
| **Timekeeper** | **Requested Rate** | **Requested Hours** | **Requested Total** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL**: |  |

| Requested Costs | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL**: |  |